USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1683 DAVID SEPULVEDA, Petitioner, Appellant, v. UNITED STATES, Respondent, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior District Judge] Before Selya, Stahl and Lynch, Circuit Judges.   David Sepulveda on brief pro se. Paul M. Gagnon, United States Attorney and Peter E. Papps,First Assistant U.S. Attorney on Motion for Summary Disposition forappellee.December 10, 1998   Per Curiam. Upon careful review of the district court's decision, in light of the parties' briefs, and the record on appeal, we find no abuse of discretion in the district court's denial of appellant's motion to set aside its earlier final judgment under Fed. R. Civ. P. 60(b)(6).  Affirmed.                    -2-